No. 1393. PEOPLE, APPELLEE, *v.* REYES ET AL., APPEL-LANTS.—Adultery. San Juan, Section 2. June 13, 1919. *Affirmed.*

No. 1397. PEOPLE, APPELLEE, *v.* CALERO, APPELLANT.—Petty larceny. Aguadilla. June 13, 1919. *Affirmed.*

No. 2023. ORTIZ, APPELLEE, *v.* SUCCESSION OF SAMA, APPELLANT.—Filiation and inheritance. (Change of venue.) Ponce. June 13, 1919. *Appeal withdrawn.*

No. 2024. BRUGMAN, APPELLEE, *v.* SUCCESSION OF SAMA, APPELLANT.—Filiation and inheritance. (Change of venue.) Ponce. June 13, 1919. *Appeal withdrawn.*

No. ——. ALVAREZ, APPELLANT, *v.* ALVAREZ, APPELLEE.—Divorce. Humacao. June 13, 1919. *Dismissed.*

No. 1375. PEOPLE, APPELLEE, *v.* CASTRO, APPELLANT.—Adulteration of milk. Guayama. June 13, 1919. *Affirmed.*

No. ——. MORALES ET AL., APPELLEES, *v.* SUCCESSION OF J. RUIZ ET AL., APPELLANTS.—Acknowledgment of natural children. San Juan, Section 1. June 16, 1919. *Appeal withdrawn.*

No. 254. FERNÁNDEZ, PETITIONER, *v.* MARRERO, CLERK OF DISTRICT COURT, ET AL., RESPONDENTS.—Certiorari. June 19, 1919. *Petition denied.*

No. 416. SANTIAGO, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT.—Administrative appeal. June 20, 1919. *Reversed* for the reasons stated in *Delgado* v. *Registrar of Caguas, ante,* p. 502.